UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| **PLASTIQ, INC.,** *et al.*, | : | Case No. 23-10671 (BLS) |
| | : | |
| | : | **NOTICE OF APPOINTMENT OF** |
| | : | **COMMITTEE OF UNSECURED** |
| Debtors. | : | **CREDITORS** |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Globant, LLC, 875 Howard Street, 3rd Floor, San Francisco, CA 994103; Attention: Mercedes Ros; Tel: 877-215-5230; Mercedes.ros@globant.com

2. Brex, Inc., 50 West Broadway, Suite 333#15548, Salt Lake City, UT 84101; Attention: Patrick Ekeruo; Tel: 833-228-2044; notices@brex.com

3. Bowei Liu, 926 Powell Street, Apt. 24, San Francisco, CA 94108; Tel: 510-449-3451; liubowei@gmail.com

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE**
        **REGIONS 3 & 9**

        */s/ Richard L. Schepacarter for*
        Joseph J. McMahon, Jr.
        Assistant United States Trustee

DATED: June 7, 2023

U.S. Trustee Atty: Richard L. Schepacarter, Esq.; Phone: (302) 573-6491; Fax: (302) 573-6497.
Debtor Counsel: Shane M. Reil, Esq. Phone (302) 571-6646; Fax: (302) 571-1253.